**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tzadik Sioux Falls Portfolio III, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-4095240 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2450 Hollywood Blvd Ste 503<br>Hollywood, FL 33020 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    Tzadik Sioux Falls Portfolio III, LLC             Case number (*if known*) _____
        Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     6513

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | See Attachment | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

Debtor  Tzadik Sioux Falls Portfolio III, LLC
_____
Name

Case number (if known) _____

**11.** **Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Tzadik Sioux Falls Portfolio III, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/14/2025
              MM / DD / YYYY

X _Adam Hendry_                                          Adam Hendry
Signature of authorized representative of debtor         Printed name

Title   Authorized Representative

**18. Signature of attorney**

X _Brett Lieberman_                        Date   5/14/2025
Signature of attorney for debtor                  MM / DD / YYYY

Brett Lieberman
Printed name

Edelboim Lieberman PLLC
Firm name

2875 NE 191st Street, Penthouse One
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone   305-768-9909   Email address   brett@elrolaw.com

FL   69583
Bar number and State

Debtor    Tzadik Sioux Falls Portfolio III, LLC _____    Case number (*if known*) _____
                    Name

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA _____

Case number (*if known*) _____    Chapter ___11___

☐ Check if this is an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Garden Villas Apartments, LLC | | Relationship to you | Affiliates |
| District | Southern District of Florida | When 5/9/25 | Case number, if known | 25-13868-PDR |
| Debtor | TMG2, LLC | | Relationship to you | Affiliates |
| District | Southern District of Florida | When 4/9/25 | Case number, if known | 25-13867-PDR |
| Debtor | Tzadik Hidden Hills Apartments, LLC | | Relationship to you | Affiliates |
| District | Southern District of Florida` | When 4/11/25 | Case number, if known | 25-13884-PDR |
| Debtor | Tzadik Rapid City Portfolio I, LLC | | Relationship to you | Affiliates |
| District | Southern District of Florida | When 4/27/25 | Case number, if known | 25-14655-PDR |
| Debtor | Tzadik Sioux Falls I, LLC | | Relationship to you | Affiliates |
| District | Southern District of Florida | When 5/13/25 | Case number, if known | 25-15329-PDR |
| Debtor | Tzadik Sioux Falls Portfolio I, LLC | | Relationship to you | Affiliates |
| District | Southern District of Florida | When 4/9/25 | Case number, if known | 25-13865-PDR |

---

**Fill in this information to identify the case:**

Debtor name   Tzadik Sioux Falls Portfolio III, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/14/2025    x *Adam Hendry*
                                 Signature of individual signing on behalf of debtor

             Adam Hendry
             Printed name

             Authorized Representative
             Position or relationship to debtor

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Tzadik Sioux Falls Portfolio III, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aire Master of the Plains 615 S. Lyons Sioux Falls, SD 57106 | | Trade debt | | | | $7,017.56 |
| Breit & Boomsma, P.C. 606 E. Tan Tara Circle Sioux Falls, SD 57108 | | Trade debt | | | | $44,158.82 |
| Brooks Construction Services, Inc 27081 Sundowner Ave Sioux Falls, SD 57106 | | Trade debt | | | | $5,810.21 |
| City Glass & Glazing, Inc. 5003 W. 12th Street Sioux Falls, SD 57106 | | Trade debt | | | | $3,920.57 |
| Conservice LLC P.O. BOX 1500 Hemet, CA 92546 | | Trade debt | | | | $17,491.95 |
| Cressman Sanitation - UM 101 W Mickleson Rd Hartford, SD 57033 | | Trade debt | | | | $2,966.17 |
| Elmers Auto Glass, Inc dba Glass Doctor of Sioux Falls 2420 N. Bakker Lndg Tea, SD 57064 | | Trade debt | | | | $4,092.61 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Tzadik Sioux Falls Portfolio III, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Express Services, Inc. 434 S. Kiwanis Ave. \| Suite 2 \| 57104 | | Trade debt | | | | $3,585.46 |
| Home Depot U.S.A., Inc d/b/a The Home De 2455 Paces Ferry Road Atlanta, GA 30339 | | Trade debt | | | | $5,697.75 |
| Johnstone Supply 335 N Weber Ave Sioux Falls, SD 57103 | | Trade debt | | | | $2,139.95 |
| Merchants Bank | | | | $13,650,000.00 | $0.00 | $13,650,000.00 |
| MidAmerican Energy Company - UM PO Box 8020 Davenport, IA 52808 | | Trade debt | | | | $13,593.70 |
| Nybergs Ace Hardware, Inc. 330 W. 41st Street Sioux Falls , SD 57105 | | Trade debt | | | | $1,557.26 |
| Plunkett's Pest Control, Inc. 40 52nd Way Northeast Minneapolis, MN 55421 | | Trade debt | | | | $3,994.90 |
| Pro Tree Service, Inc. PO Box 90346 Sioux Falls, SD 57109 | | Trade debt | | | | $4,579.50 |
| Sioux Falls Utilities - UM 224 West 9th Street Sioux Falls, SD 57117 | | Business Operations | | | | $14,705.34 |
| Snow Pro 2716 S Lincoln Ave Sioux Falls, SD 57105 | | Trade debt | | | | $1,763.25 |
| Xcel Energy - UM PO Box 9477 Minneapolis, MN 55484 | | | | | | $3,878.88 |
| Xtreme Cleaning Services 311 E Norton Ave Salem, SD 57058 | | Trade debt | | | | $3,851.67 |

Debtor    Tzadik Sioux Falls Portfolio III, LLC
_____
          Name

Case number *(if known)* _____

**Fill in this information to identify the case:**

Debtor name ___Tzadik Sioux Falls Portfolio III, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................    $    28,200,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................    $    0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................    $    28,200,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    13,650,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    144,805.55

4.  **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b     $    13,794,805.55

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of Florida**

In re   Tzadik Sioux Falls Portfolio III, LLC _____   Case No. _____
                                        Debtor(s)                    Chapter      11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true
and correct to the best of my knowledge.

Date:      5/14/2025 _____      _____
                                          Adam Hendry/Authorized Representative
                                          Signer/Title

Aire Master of the Plains
615 S. Lyons
Sioux Falls, SD 57106


Breit & Boomsma, P.C.
606 E. Tan Tara Circle
Sioux Falls, SD 57108


Brooks Construction Services, Inc
27081 Sundowner Ave
Sioux Falls, SD 57106


City Glass & Glazing, Inc.
5003 W. 12th Street
Sioux Falls, SD 57106


Conservice LLC
P.O. BOX 1500
Hemet, CA 92546


Cressman Sanitation - UM
101 W Mickleson Rd
Hartford, SD 57033


Elmers Auto Glass, Inc
dba Glass Doctor of Sioux Falls
2420 N. Bakker Lndg
Tea, SD 57064


Express Services, Inc.
434 S. Kiwanis Ave. | Suite 2 |
57104


Home Depot U.S.A., Inc d/b/a The Home De
2455 Paces Ferry Road
Atlanta, GA 30339


Johnstone Supply
335 N Weber Ave
Sioux Falls, SD 57103


Merchants Bank


MidAmerican Energy Company - UM
PO Box 8020
Davenport, IA 52808


Nybergs Ace Hardware, Inc.
330 W. 41st Street
Sioux Falls , SD 57105


Plunkett's Pest Control, Inc.
40 52nd Way Northeast
Minneapolis, MN 55421

Pro Tree Service, Inc.
PO Box 90346
Sioux Falls, SD 57109


Sioux Falls Utilities - UM
224 West 9th Street
Sioux Falls, SD 57117


Snow Pro
2716 S Lincoln Ave
Sioux Falls, SD 57105


Xcel Energy - UM
PO Box 9477
Minneapolis, MN 55484


Xtreme Cleaning Services
311 E Norton Ave
Salem, SD 57058

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
Tzadik Sioux Falls Portfolio III, LLC

Case Number
Chapter 11

_____    Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☒ Voluntary petition signed by me on _____ | ☐ Amended voluntary petition signed by me on _____ |
| ☐ Schedules signed by me on _____ | ☐ Amended schedules signed by me on _____ |
| ☐ Statement of Financial Affairs signed by me on _____ | ☐ Amended Statement of Financial Affairs signed by me on _____ |
| ☐ Statement of Social Security Number(s) signed by me on _____ | ☐ Amended Statement of Social Security Number(s) signed by me on _____ |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on _____ | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____ |

I, ____Adam Hendry____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

_____
**Signature of Joint Debtor (if applicable)**

Adam Hendry
_____
**Print or Type Name (and title if applicable)**

_____
**Print Name**

Brett Lieberman
_____
**Print or Type Name of Attorney for Debtor**

_____
**Phone:**

LF-11 (rev. 03/06/12)
Software Copyright (c) 1996-2025 Best Case, LLC    - www.bestcase.com

Best Case Bankruptcy

## UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF
## TZADIK SIOUX FALLS PORTFOLIO III, LLC

Through this Unanimous Written Consent, the members of Tzadik Sioux Falls Portfolio III, LLC (the "Company"), on March ___, 2025, the following resolutions have been adopted by all of the members, a Delaware limited liability company:

**BE IT RESOLVED** that notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

**BE IT FURTHER RESOLVED** that the Company authorizes and empowers Adam M. Hendry (the "Manager") to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Broward Division) on behalf of the Company, which filing is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Manager is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as any of them may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Manager may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Manager is hereby authorized to immediately take any and all actions necessary to effectuate an orderly and efficient bankruptcy filing so as to maximize the value of such assets for the benefit of creditors in the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Association, through its Manager, is authorized (i) to retain the law firm of Edelboim Lieberman PLLC ("EL Law") as general bankruptcy counsel to render legal services to and to represent the Association in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval, to retain on behalf of the Company such other professionals that the Company deems necessary or advisable to represent or assist the Association as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

**BE IT FURTHER RESOLVED** that the Company is hereby authorized to pay EL a retainer in an amount agreed to by the Company through the Manager and EL up to $175,000.00

for bankruptcy costs and services plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court; and

   **BE IT FURTHER RESOLVED**, that the Manager of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such officers may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

   **BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the Company's liquidation and/or restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

   **BE IT FURTHER RESOLVED**, that the members are authorized to execute these resolutions in counterparts, each of which shall constitute an original, and all of which shall constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

   **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the March __, 2025.

TZADIK SIOUX FALLS PORTFOLIO III, LLC


By: _____
        By: Adam Hendry,
               As Managing Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
        By: Adam Hendry
               As Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
        Name:
        By:    Iintoo Portfolio 2 Sioux Falls, LP
                      As Member of Tzadik Sioux Falls Portfolio III, LLC
        Its:

By: _____
        By: Adam Hendry, as Managing Member of TMG 2, LLC,
               Member of Tzadik Sioux Falls Portfolio III, LLC


By: _____
        By: Adam Hendry, as Member of TMG 2, LLC,
               Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____

      Name:

      By:     FC Sioux Falls Pref, LP

                  As Class A Member of TMG 2, LLC

      Its:


By: _____

      Name: Jennifer A. Schwartz

      Tzadik Sioux Falls Portfolio III, LLC

      Its: Independent Director


By: _____

      Name: Steven P. Zimmer

      Tzadik Sioux Falls Portfolio III, LLC

      Its: Independent Director

constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

        12.    **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the May 2, 2025.

TZADIK SIOUX FALLS PORTFOLIO III, LLC

By: _____
        By: Adam Hendry,
            As Managing Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
        By: Adam Hendry
            As Member of Tzadik Sioux Falls Portfolio III, LLC

By: *Stephen Krad* [signature]
        Name: STEPHEN KRADJIAN
        By:    Iintoo Portfolio 2 Sioux Falls, LP
                As Member of Tzadik Sioux Falls Portfolio III, LLC
        Its: DIRECTOR OF ASSET MANAGEMENT

By: _____
        By: Adam Hendry, as Managing Member of TMG 2, LLC,
            Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
        By: Adam Hendry, as Member of TMG 2, LLC,
            Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
        Name:
        By:    FC Sioux Falls Pref, LP
                As Class A Member of TMG 2, LLC
        Its:

By: _____
        Name: Jennifer A. Schwartz, solely with respect to Resolution #2
        Tzadik Sioux Falls Portfolio III, LLC
        Its: Independent Director

By: _____
        Name: Steven P. Zimmer, solely with respect to Resolution #2
        Tzadik Sioux Falls Portfolio III, LLC
        Its: Independent Director

constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

12. **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the May 2, 2025.

TZADIK SIOUX FALLS PORTFOLIO III, LLC

By: *Adam Hendry*
    By: Adam Hendry,
        As Managing Member of Tzadik Sioux Falls Portfolio III, LLC

By: *Adam Hendry*
    By: Adam Hendry
        As Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
    Name:
    By:    Iintoo Portfolio 2 Sioux Falls, LP
            As Member of Tzadik Sioux Falls Portfolio III, LLC
    Its:

By: _____
    By: Adam Hendry, as Managing Member of TMG 2, LLC,
        Member of Tzadik Sioux Falls Portfolio III, LLC

By: *Adam Hendry*
    By: Adam Hendry, as Member of TMG 2, LLC,
        Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
    Name:
    By:    FC Sioux Falls Pref, LP
            As Class A Member of TMG 2, LLC
    Its:

By: _____
    Name: Jennifer A. Schwartz, solely with respect to Resolution #2
    Tzadik Sioux Falls Portfolio III, LLC
    Its: Independent Director

By: _____
    Name: Steven P. Zimmer, solely with respect to Resolution #2
    Tzadik Sioux Falls Portfolio III, LLC
    Its: Independent Director

constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

       12.    **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the May 2, 2025.

TZADIK SIOUX FALLS PORTFOLIO III, LLC


By: _____
      By: Adam Hendry,
          As Managing Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
      By: Adam Hendry
          As Member of Tzadik Sioux Falls Portfolio III, LLC

By: _____
      Name:
      By:    Iintoo Portfolio 2 Sioux Falls, LP
               As Member of Tzadik Sioux Falls Portfolio III, LLC
      Its:

By: _____
      By: Adam Hendry, as Managing Member of TMG 2, LLC,
          Member of Tzadik Sioux Falls Portfolio III, LLC


By: _____
      By: Adam Hendry, as Member of TMG 2, LLC,
          Member of Tzadik Sioux Falls Portfolio III, LLC


By: _____
      Name:
      By:    FC Sioux Falls Pref, LP
               As Class A Member of TMG 2, LLC
      Its:

By: _____
      Name: Jennifer A. Schwartz, solely with respect to Resolution #2
      Tzadik Sioux Falls Portfolio III, LLC
      Its: Independent Director

By: _____
      Name: Steven P. Zimmer, solely with respect to Resolution #2
      Tzadik Sioux Falls Portfolio III, LLC
      Its: Independent Director